# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF KENTUCKY
# PADUCAH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>*UPON THE RELATION AND FOR THE USE<br>OF THE TENNESSEE VALLEY AUTHORITY* | PLAINTIFF |
| v. | No. 5:21-cv-177-BJB |
| AN EASEMENT AND RIGHT-OF-WAY<br>OVER 1.16 ACRES OF LAND, MORE OR<br>LESS, IN CALLOWAY COUNTY,<br>KENTUCKY, ET AL. | DEFENDANTS |

\*\*\*\*\*

## ORDER

The Tennessee Valley Authority ("TVA") acquired an easement in land in Calloway County, Kentucky for the purpose of building and maintaining electric and communication lines. In order to determine the just compensation owed for the taking, the TVA had a local appraiser prepare a report on the fair market value of the land before and after the taking. Antal Declaration (DN 18) ¶ 10. The appraiser determined that the fair market value taken was $7,100. *Id.* ¶ 11. The TVA has since settled with most of the landowners, paying Gary E. Falwell $3,550 for his one-half interest (DN 8), Elizabeth L. Farmer and James G. Farmer $1,183.33 for their one-sixth interest (DN 14), and Daniel Ritchey $1,183.33 for his one-sixth interest (DN 16). The only remaining uncompensated interest is Patrick Ritchey's, for the one-sixth balance.

But Patrick Ritchey never answered his summons. So the TVA moved for summary judgment to pay $1,183.34 for the remaining interest. DN 19. Courts have held that "[s]ummary judgment is appropriate in a condemnation case where there is no disputed issue of material fact." *Transwestern Pipeline Co. LLC v. 46.78 Acres of Permanent Easement Located in Maricopa Cnty.*, 473 F. App'x 778, 779 (9th Cir. 2012). The TVA has provided evidence that $7,100 would justly compensate the landowners, and the record indicates that Patrick Ritchey is due one-sixth of the fair market value of this taking. Antal Decl. ¶ 11. The other landowners, who settled without objection, offered no basis to doubt this valuation. And Patrick Ritchey has of course not appeared to dispute the amount TVA seeks to pay him. *See* FED. R. CIV. P. 71.1(e) (authorizing even defendants who haven't appeared to present valuation evidence). On this record, therefore, no material dispute exists regarding the compensation due Patrick Ritchey and the Court grants the TVA's motion for

summary judgment (DN 19).  *See U.S. ex rel. Tenn. Valley Auth. v. Tree-Removal Rts. with Respect to Land in McNairy Cnty., Tenn.*, No. 15-1008, 2015 WL 5499434, at *4 (W.D. Tenn. Sept. 16, 2015) (collecting cases and awarding TVA summary judgment in condemnation suit after no defendant responded in opposition).

      The Court therefore orders the TVA to pay Patrick Ritchey $1,183.34 as full compensation for his one-sixth interest in the taken property.  The Clerk shall draw a check on the funds on deposit in the registry for $1,183.34, plus any accrued interest, less the applicable registry fee.  The check shall be made payable to "Patrick Ritchey" and be mailed to his address on file with the Court, or to such other address as he may provide.  Any such disbursement is conditioned, however, on Patrick Ritchey providing his social security number to the Clerk and the TVA.  The vesting of title in the United States of America, free of all liens, claims, and encumbrances, as evidenced by the Declaration of Taking (DN 4), is fully and finally confirmed.

Benjamin Beaton, District Judge
United States District Court

July 11, 2022